Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE § | | |
| § | | |
| CGE Real Estate Holdings, LLC § | | CASE 19-40007-11 |
| § | | |
| DEBTOR § | | |

WITNESS AND EXHIBIT LIST FOR HEARING ON MOTION TO LIFT STAY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW , CGE Real Estate Holdings, LLC ("Debtor") and files this its Exhibit and Witness list for hearing on Motion to Lift Automatic Stay and would show unto the Court as follows:

Witnesses

Russell Laird

Any witness designed by any other party

Exhibits

Appraisal on the property

Schedules

Any exhibit designated by any other party

      Respectfully Submitted,

      ERIC A. LIEPINS, P.C.
      12770 Coit Road, Suite 1100
      Dallas, Texas 75251
      (972) 991-5591
      (972) 991-5788 - fax

      BY: /s/ Eric Liepins
          ERIC A. LIEPINS, SBN 12338110

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was send to Laura Worsham 18828 Greenville Ave, Dallas Texas 75243 on this the 11th day of March 2019.

      /s/ Eric Liepins
      Eric Liepins